without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

REVA S. HILLIGAS, an Infant, by HAROLD A. SPENCER, Her Guardian ad Litem, Appellant, v. FREDERICK HILLIGAS and Another, Respondents.—Appeal dismissed, without costs, upon stipulation filed. ·Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ORRIN E. DUNLOP, Respondent, v. EDWARD B. HAROLD, Appellant.— Order reversed and order granted overruling objections and allowing defendant to allege in his answer same facts as a defense, without costs. (See Rules Civ. Prac. rules 107 and 108.) All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Application for the Appointment of a Committee of the Person and Property of LAVINA FIDLER, an Alleged Incompetent Person.— Order reversed, without costs, and order granted, referring the question of residence to Hon. Irving R. Devendorf, official referee, to take the proof and report the same with his opinion thereon to the Courty Court in aid of the motion. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

FORT SCHUYLER FARMS, INCORPORATED, Respondent, v. HARRY FISCHBACH, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Estate of HOWARD JESSMORE, Deceased.— Decreed affirmed, with costs, on the ground that even under the proof adduced by the appellant, her right to possession of the key was simply as agent for the deceased and did not survive his decease. No question as to the title or right to possession of the contents of the safe deposit box is involved in this proceeding. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Final Judicial Settlement of the Accounts of CHARLES A. PECK and Others, as Surviving Executors, etc., of GEORGE H. WILSON, Deceased. — Decree, so far as appealed from, affirmed, with costs to respondents payable out of the estate. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Application of G. HOWARD DICKENS and Another, Respondents, for the Appointment of Commissioners to Assess the Damages for Change of Grade on Summit Street, in the Village of Middleville, Herkimer County, New York, Appellant.— Order affirmed, with costs. All concur, except Taylor and Crosby, JJ., who dissent and vote for dismissal of the appeal on the ground that no appeal lies from an interlocutory judgment in condemnation proceedings. (See Condemnation Law, §§ 19 and 20; *Stillwater, etc., R. R. Co.* v. *B. & M. R. R. Co.*, 67 App. Div. 367; appeal dismissed, 170 N. Y. 573; *Village of St. Johnsville* v. *Smith*, 61 App. Div. 380; *County of Orange* v. *Storm King Stone Co.*, 180 id. 208, 210.) Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Application of CLARENCE H. STROBEL, Respondent, for the Appointment of Commissioners to Assess the Damages for Change of Grade on Summit Street, in the Village of Middleville, Herkimer County, New York, Appellant.— Order affirmed, with costs. All concur, except Taylor and Crosby, JJ., who dissent and vote for dismissal of the appeal on the ground that no appeal lies from an interlocutory judgment in condemnation proceedings. (See Condemnation Law, §§ 19 and 20; *Stillwater, etc., R. R. Co.* v. *B. & M. R. R. Co.*, 67

App. Div. 367; appeal dismissed, 170 N. Y. 573; *Village of St. Johnsville* v. *Smith*, 61 App. Div. 380; *County of Orange* v. *Storm King Stone Co.*, 180 id. 208, 210.) Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH MARK, Appellant.—Appeal from judgment of conviction and from order denying motion for new trial dismissed as not having been taken within the time provided by the statute.* Order entered September 25, 1928, vacating order of April 24, 1928, affirmed. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ROSE SCHAFFER, Respondent, v. JACOB B. LAZARUS, Appellant.— Judgment and orders affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THERESA HETTIG, Appellant, v. SOVEREIGN CAMP OF THE WOODMEN OF THE WORLD, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ELIZABETH A. FOX, Respondent, v. THE VANORNAM COAL COMPANY, INCORPORATED, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

EDGAR S. JENNINGS, Respondent, v. JOHN PIWINSKI, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

BENJAMIN BAKER, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

EMIL SZABO and Another, Appellants, v. HELEN ROGALSKI, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CARL C. WINTERS, Respondent, v. JOSEPH D. MORRELL and Another, Appellants. — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

RAYMOND A. FREEBURG, Respondent, v. BOARD OF EDUCATION, SCHOOL DISTRICT No. 1, TOWN OF ELLICOTTVILLE, CATTARAUGUS COUNTY, NEW YORK, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Petition of JOSEPH A. ALBRECHT and Others (Practicing Law as a Partnership under the Firm Name of ALBRECHT, MAGUIRE & MILLS) to Enforce an Attorney's Lien.— Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HENRY M. PICKLE and Another, Respondents, v. W. BERTRAM PAGE, Appellant. — Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor and Crosby, JJ.

JOHN A. FITZPATRICK, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion for a reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

SOPHIE C. BROSEMER, Appellant, v. ALICE MONGIN and Others, Defendants.

* See Code Crim. Proc. § 521.— [REP.